IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATON OF THE DEAF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT HOSPITAL PARTNERS, L.P., <br> d/b/a THE GEORGE WASHINGTON <br> UNIVERSITY HOSPITAL <br><br> Defendant. | Civil Action No. 1:14-cv-01122-RC |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S EXPERT
DESIGNATION OF IRENE BOWEN AND TO PRECLUDE HER TESTIMONY**

Plaintiffs, by their undersigned counsel, hereby move to strike the expert designation and report of Irene Bowen served by Defendant District Hospital Partners, L.P., and to exclude any proposed testimony based on that report. As set out in the accompanying Memorandum of Law, the proposed testimony would only provide inadmissible legal conclusions and usurp the province of the Court.

On March 24, 2015 undersigned counsel spoke with Christopher E. Hassell, counsel for Defendant District Hospital Partners, L.P., to ask if he would consent to the relief requested, and he would not.

For the foregoing reasons, and for the reasons further set out in the accompanying Memorandum of Law, Defendant's expert designation of Irene Bowen and her report should be stricken and any testimony based on the report should be excluded.

                                              Respectfully submitted,

                                                /s/ Joseph B. Espo
Joseph B. Espo, D.C. Bar No. 429699
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202-6701
T:  (410) 962-1030
F:  (410) 385-0869
jbe@browngold.com

Debra Patkin
Caroline Jackson
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
T:  (301) 587-7732
F:  (301) 587-1791
debra.patkin@nad.org
caroline.jackson@nad.org

*Attorney for Plaintiffs*

Dated:  March 25, 2015

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___25th___ day of March, 2015, copies of the foregoing Plaintiffs' Motion to Strike Defendant's Expert Designation of Irene Bowen and to Preclude Her Testimony; Memorandum in Support of Thereof; and proposed Order were delivered, by the Court's CM/ECF system to:

Christopher E. Hassell, Esquire
Alan S. Block, Esquire
Megan Kinsey-Smith, Esquire
Bonner Kiernan Trebach & Crociata
1233 20th Street, NW. Suite 800
Washington, DC 20036
chassell@bonnerkiernan.com
ablock@bonnerkiernan.com
mkinseysmith@bonnerkiernan.com

*Attorneys for the Defendant*

                                                         /s/ Joseph B. Espo
                                                         Joseph B. Espo