IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATON OF THE DEAF, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT HOSPITAL PARTNERS, L.P.,<br>d/b/a THE GEORGE WASHINGTON<br>UNIVERSITY HOSPITAL<br><br>Defendant. | Civil Action No. 1:14-cv-01122-RC |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Strike Defendant's Expert Designation of Irene Bowen and to Preclude Her Testimony, and any Opposition thereto, it is this _____ day of _____, 2015, by the United States District Court for the District of Columbia,

ORDERED that Plaintiffs' Motion be and hereby is GRANTED.

---

RUDOLPH CONTRERAS
United States District Judge