# EXHIBIT 2



**IRENE BOWEN, J.D.**



9 Montvale Court, Silver Spring, MD 20904; 301.879.4542 (O); 301.385.3768 (C)
irenebowen@ada-one.com; http://ADA-One.com

## PROFESSIONAL EXPERIENCE

### ADA One, LLC                                                              2009 – present

#### Consultant

- Provide consulting, speaking, and mediation services to public and private entities regarding titles II and III of the Americans with Disabilities Act (ADA) and other disability rights laws
- Assist cities, counties, federal agencies, and private entities with self-evaluations, transition plans, barrier removal plans, investigations, and litigation
- Engage audiences in interactive training that makes legal principles understandable
- Offer a comprehensive approach to compliance through alliances with other experts
- Principal or contributing author of three ADA guides, 2011

### LCM Architects, LLC, Chicago, Illinois

#### Senior Policy Advisor                                                              2009 – 2012

- Managed review of policies and practices of City of Chicago and Minnesota State University, Mankato, under contract to develop self-evaluations and transition plans
- Advised colleges and universities and assisted them with self-evaluations and transition plans

### U.S. Department of Justice, Civil Rights Division, Washington, DC

#### Deputy Chief, Disability Rights Section                                                   1992 – 2008

- Developed DOJ's 1991 regulations implementing titles II and III of the ADA, as key member of five-person task force
- Actively involved in drafting of 2008 proposed ADA regulations and accessibility standards, eventually issued as 2010 ADA regulations
- Represented the Assistant Attorney General in development and negotiation of the first ADA Accessibility Guidelines (ADAAG)
- Oversaw and conducted litigation, investigations, mediations, and settlements
- Directed initiatives in health care, effective communication, higher education, transportation; state and local governments; access to museums, historic buildings
- Consulted and assisted in legislative, policy, and regulatory matters
- Developed DOJ's program for certification of state and local codes
- Cooperatively managed an office of 125 people

**Supervisory Attorney, Coordination and Review Section**                           1982 – 1992

- Established and led the Disability Unit (coordinating all federal efforts under section 504 of the Rehabilitation Act) and DOJ's program for certifying building codes for ADA equivalency
- In less than three years, ushered the Fair Housing Amendments regulations and section 504 regulations of more than a dozen agencies through approval by agencies and DOJ; included Departments of Housing and Urban Development, Health and Human Services
- Represented DOJ in regulatory negotiation for first Air Carrier Access Act rules
- Oversaw regulatory and policy matters concerning disability, race, and sex discrimination

**U.S. Access Board, Washington, DC**

**Deputy General Counsel, Attorney**                                                        1977 – 1982

- Advised the Access Board on enforcement, policy, and regulatory matters, including drafting and negotiating accessibility guidelines
- Supervised, expanded, and strengthened the compliance and enforcement program
- Brought the first actions under the Architectural Barriers Act (including one concerning pedestrian access to a highway overpass), negotiated major agreements

**Center for Auto Safety, Washington, DC**

**Trial and Appellate Attorney, Highway Safety**                                      1976-1977

**National Center for Law and Deafness, Washington, DC**

**Co-founder and Student Director**                                                           1974-1976

## PUBLIC SPEAKING AND TRAINING

- Frequent speaker and trainer for groups such as National Association of ADA Coordinators (NAADAC), Association of Higher Education and Disability (AHEAD), ADA Technical/IT Centers, American Institute of Architects, Business Week, National Association of College and University Attorneys
- Keynote speaker for NAADAC and AHEAD national conferences, associations, universities

## AWARDS

- Association for Higher Education and Disability, Professional Service Award           2009
- U.S. Department of Justice, Special Commendation for Outstanding Service           2006
- National Council for Independent Living, National Advocacy Award                       1990
- Numerous Civil Rights Division awards for outstanding performance and special acts   1982-2008

## EDUCATION

National Law Center, George Washington University, J.D.                                    1976
University of Northern Iowa, B.A. in French and English education                          1973

## ACTIVE MEMBER, BAR OF THE DISTRICT OF COLUMBIA