# EXHIBIT 3

# Appendix B

## L. IRENE BOWEN
## Publications, speeches, and training

### *PUBLICATIONS*

**2015 (ongoing)**

Pepnet 2 ADA/section 504 compliance guide about reasonable accommodations for post-secondary students who are deaf or hard of hearing, "From Law to Practice: What's required and how do I apply it?"; "Auxiliary aids and services – What's effective communication, and who decides?"; "Beyond the classroom: Non-academic programs, facilities"

"Court Access for Individuals who are Deaf or Hard of Hearing" – Roundtable reviewer, representing the National Association of ADA Coordinators, for American Bar Association Commission on Disability Rights guide

**2013**

"DOJ: Blazing New Trails under ADA," ADA Compliance Guide and HR Compliance Expert

"The American Experience: What Makes the ADA Work, and What Are the Implications for Implementation of Germany's Accessibility Laws?" – presented at the Conference on Legal Instruments for the Enforcement of Accessibility for Disabled Persons, Kassel, Germany

"ADA One Tip Sheets" – covering Physical Accessibility in Higher Education; Title II checklists; glossary of communication terms regarding interpreters, captioning, and telecommunications relay services; and applicable laws, regulations, and standards under the ADA and section 504

**2012**

County of Fulton, Georgia Self-Evaluation and Transition Plan report

"From the Federal Front: ADA Rulemaking Signals and Enforcement Trends" – originally published in Thompson's Section 504 Compliance Handbook, June 2009, No. 367

**2011**

"Building Georgia's Future" – update of Georgia facilities manual, sponsored by the Georgia State ADA Coordinator's Office, describing federal nondiscrimination laws and standards

"Renewing the Commitment: An ADA Compliance Guide for Nonprofits," reflecting the 2010 DOJ ADA regulations, with best practices, tip sheets, extensive resources – Chicago Community Trust

**2009**

"DOJ Prepares New Access Regs; Are You Ready for Change?" – originally published in Thompson's ADA Compliance Guide, April 2009, Vol. 20, No. 4

-----------------------------------------------

*Series of articles for ALERT, a news publication from the Association on Higher Education and Disability (2009-2014):*

Get Ready for Disability Rights Changes in 2009 – or not?

What to expect from the Department of Justice in regulations and enforcement

DOJ's proposed ADA regulations: When in 2010? What do you need to know?

DOJ's new ADA regulations: It's about time!

Are you complying with DOJ's new regulations about service animals?

DOJ's new ADA requirements: Six common myths and mistakes

DOJ's new ADA requirements: Six MORE common myths and mistakes

DOJ's lawsuit against the University of Nebraska about emotional assistance animals

Are You There Yet? See if you'll measure up to DOJ's new ADA rules by March 15, 2012.

On the Federal Front: What to watch for in 2013

Self-evaluations and Transition Plans**:** Part I: Should you? How could you? – Develop or update a self-evaluation and transition plan, that is; Part II: Go in a Different Direction Instead?

## *SPEECHES/TRAINING*

*A selection of speeches/training over the last six years is provided below:*

National Association of ADA Coordinators (NAADAC) – present at semi-annual national conferences, conduct webinars, published a CD – 2009-present (sample topics include implementing the ADA, DOJ rulemaking, effective communication, reasonable accommodations, auxiliary aids, litigation, and law enforcement trends)

Association on Higher Education And Disability (AHEAD) – present at annual national conferences and management institutes, and conduct webinars and audio conferences – 2009-present (sample topics include implementing the ADA, section 504, DOJ regulations, accessibility standards, effective communication, interpreters, and VRI)

**2014**

"What's Your Plan? A three-part series on self-evaluations, barrier removal plans, and transition plans" – ADA Audio Conference Series, ADA National Network

**2013**

State of Georgia ADA Conference - presenter for higher education and accessibility tracks

"New ADA Accessibility Standards: What Do They Mean for Your Campus' New and Existing Facilities?" – webinar for Paper Clip Communications

"ADA Compliance: It's more than a checklist" – Mid-Atlantic ADA Update Conference

**2012**

"Accessibility: Compliance, Comparisons and Universal Design" – Harvard University

**2011**

"Surviving an ADA Accessibility Audit: Best Practices for Policy Development and Compliance" – National Association of College and University Attorneys (prior presentations/webinars in 2009 and 2010)

**2010**

**"ADA: Past, Present, Future,"** – AHEAD conference keynote speech on the 20th anniversary of the ADA

"Americans with Disabilities Act Update, Program Access" – Cornell University

**2009**

U.S. Department of Education Disability Network

"New ADA Requirements: What's Ahead" – American Institute of Architects national convention