# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 14-1122 (RC) |
| v. | : : | Re Document No.: | 13 |
| DISTRICT HOSPITAL PARTNERS, L.P., d/b/a THE GEORGE WASHINGTON UNIVERSITY HOSPITAL | : : : : | | |
| Defendant. | : | | |

## ORDER

### GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S EXPERT DESIGNATION OF IRENE BOWEN AND TO PRECLUDE HER TESTIMONY

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' Motion to Strike Defendant's Expert Designation of Irene Bowen and to Preclude her Testimony (ECF No. 13) is **GRANTED**.

**SO ORDERED**.

Dated: February 4, 2016                                RUDOLPH CONTRERAS
                                                      United States District Judge